WATERFORD ELECTRIC LIGHT, HEAT AND POWER COMPANY, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*Eminent domain — appropriation by State of lands on banks of Hudson river in connection with the canalization of said river above Waterford.*

*Waterford El. Light, H. & Power Co.* v. *State of New York,* 208 App. Div. 273, affirmed.

(Argued December 12, 1924; decided February 3, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 4, 1924, modifying and affirming as modified a judgment in favor of claimant entered upon an award of the Court of Claims as compensation for the appropriation by the State of about 146.75 acres of upland on either bank of the Hudson river in the towns of Halfmoon and Waterford, Saratoga county, and the town of Schaghticoke, Rensselaer county, to which claimant held title, or in which it possessed flowage rights, and the alleged taking or appropriation of what was held to be a " franchise " granted to claimant by chapter 164 of the Laws of 1901, to construct and maintain a dam across the Hudson river between the said uplands.

*Carl Sherman, Attorney-General (Edward J. Mone* of counsel), for appellant.

*George E. O'Connor, John L. Wells, Charles A. Collin, Gerald W. O'Connor* and *Thomas O'Connor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.